UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL HOGAN

    Plaintiff,

vs.                        CASE NO.:

CITY OF FORT WALTON
BEACH and EDWARD J. RYAN, in his
Official and individual capacities,

    Defendant.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, City of Fort Walton Beach and Edward J. Ryan, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby give notice of the removal to this court of the case styled, *Michael Hogan v. City of Fort Walton Beach and Edward J. Ryan*, filed in the Circuit Court of the First Judicial Circuit, in and for Okaloosa County, Florida, Case No.: 2017-CA-002612. As grounds for this removal, the defendants state the following:

1. On or about April 12, 2018, an action was commenced by the filing of an amended complaint in the First Judicial Circuit in and for Okaloosa County, Florida, entitled, *Michael Hogan v. City of Fort Walton Beach and Edward J. Ryan*, Case No.: 2017-CA-002612.

2. Defendant, City of Fort Walton Beach, was served with a copy of the complaint in the state court action on or about April 24, 2018. Defendant, Edward J. Ryan, was served with a copy of the complaint in the state court action on or about April 24, 2018.

3. A "corrected" Amended Complaint was filed on April 18, 2018. Although Defendants have not been served with this Complaint, they seek to remove this action with the "corrected" Amended Complaint acting as the operative complaint in this action.

4. The above described action is a civil action of which this court has original jurisdiction under the provisions of 28 U.S.C. Section 1331, and is one which may be removed to this court by the defendants, City of Fort Walton Beach and Edward J. Ryan, pursuant to the provisions of 28 U.S.C. Section 1441.

5. In the Complaint, Plaintiff alleges that Defendants are liable under 42 U.S.C. sections 1983 and 1985, as well as under section 112.532, Florida Statutes. This action, therefore, may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a). *See Spencer v. S. Fla. Water Mgmt. Dist.*, 657 F. Supp. 66 (S.D. Fla. 1986).

6. The existence of a federal question is governed by the well-pleaded complaint rule, which requires the federal question to be presented on the face of a plaintiff's properly pleaded complaint. *Rivet v. Regions Bank of La.*, 522 U.S. 470,

475 (U.S. 1998). Here, Plaintiff's Complaint unquestionably establishes federal question jurisdiction on its face by invoking 42 U.S.C. sections 1983 and 1985. Thus, removal is proper on the ground that this Court would have had original jurisdiction over this action because it is a civil action founded on a claim or right arising under the laws of the United States. 28 U.S.C. § 1441(a).

7. These defendants attach hereto as Composite Exhibit "A," all process, pleadings, orders, and other papers and exhibits filed in this action. 28 U.S.C. § 1446(a); Local Rule 7.2, Rules of the United States District Court for the Northern District of Florida. These papers include civil cover sheet, summons, and complaints.

8. Venue properly rests in the Pensacola Division of the United States District Court for the Northern District of Florida, pursuant to 28 U.S.C. Section 1441(a) and Local Rule 3.1, Rules of the United States District of Florida, since this action is being removed from the state court wherein it was originally filed in the Circuit Court of the First Judicial Circuit in and for Okaloosa County, Florida.

9. The defendants represent that they will file with the Clerk of the Court for the First Judicial Circuit, in and for Okaloosa County, Florida a Notice of Filing Notice of Removal pursuant to 28 U.S.C. Section 1446(d), and will give written notice thereof to all adverse parties. A copy of said Notice is attached hereto as Exhibit "B."

10. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been timely filed and without waiver by defendants, City of Fort Walton Beach and Edward J. Ryan. Specifically, this Notice of Removal has been filed within thirty (30) days after the complaint was served on April 24, 2018.

WHEREFORE, defendants, City of Fort Walton Beach and Edward J. Ryan, respectfully request this Court to assume jurisdiction of the above-described action now pending in the First Judicial Circuit in and for Okaloosa County, Florida, pursuant to 28 U.S.C. Section 1331 and 1441.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 11, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Marie A. Mattox at marie@mattoxlaw.com and Ryan Andrews at service@andrewslaw.com.

/ s / Leonard J. Dietzen, III
LEONARD J. DIETZEN, III
Florida Bar No. 0840912
HANNAH D. MONROE
Florida Bar No. 102762
RUMBERGER, KIRK & CALDWELL
A Professional Association
101 North Monroe Street, Suite 120
Tallahassee, Florida  32301
Telephone:  (850) 222-6550
Telecopier:  (850) 222-8783
E-mail:     ldietzen@rumberger.com
            hmonroe@rumberger.com

Attorneys for Defendants City and Ryan